

United States Patent and Trademark Office

# instantly ageless

| | |
|---|---|
| **Reg. No. 4,387,492** | ANTI-AGE TECHNOLOGIES, LLC (TEXAS LIMITED LIABILITY COMPANY), DBA INSTANTLY AGELESS |
| **Registered Aug. 20, 2013** | 4826 HIGHWAY 377 |
| | 4826 HIGHWAY 377 |
| **Int. Cl.: 3** | FORT WORTH, TX 76116 |
| **TRADEMARK** | FOR: COSMETIC PREPARATIONS FOR SKIN CARE; NON-MEDICATED SKIN CARE CREAMS AND LOTIONS; NON-MEDICATED SKIN CARE PREPARATIONS; NON-MEDICATED SKIN CARE PREPARATIONS, NAMELY, CREAMS, LOTIONS, GELS, TONERS, CLEANERS AND PEELS; NON-MEDICATED SKIN CREAMS; SKIN CARE PRODUCTS, NAMELY, NON-MEDICATED SKIN SERUM; SKIN CREAM; SKIN CREAMS; SKIN CREAMS IN LIQUID AND IN SOLID FORM; SKIN CREAMS IN LIQUID AND SOLID; SKIN CREAMS IN LIQUID AND SOLID FORM; SKIN LOTION; SKIN LOTIONS; SKIN MASKS; SKIN MOISTURIZER; SKIN MOISTURIZER MASKS; WRINKLE REMOVING SKIN CARE PREPARATIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52). |
| **PRINCIPAL REGISTER** | |

FIRST USE 7-1-2008; IN COMMERCE 7-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-810,440, FILED 12-26-2012.

KARANENDRA S. CHHINA, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office